## Baldwin Township's Annexation.

### Appeal of Holland et al.

(No. 179, March T., 1931.)

OPINION BY MR. JUSTICE MAXEY, December 4, 1931:

For the reasons stated in the opinion handed down in case indexed to No. 178, March Term, 1931, the judgment of the Superior Court is affirmed.